**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000321
23-JUL-2026
08:47 AM
Dkt. 30 OGMR**

NO. CAAP-26-0000321

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK,
AS TRUSTEE (CWABS 2007-SEA2),
Plaintiff/Counterclaim Defendant-Appellee.
v.
JOSE BAYLON ONA; MARLENE ESPINOSA ONA,
Defendants/Counterclaimants-Appellants, and
STATE OF HAWAI'I, DEPARTMENT OF TAXATION;
MIDLAND FUNDING LLC, Defendants-Appellees, and
DOES 1 THROUGH 20, INCLUSIVE, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC161001671)

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of self-represented
Defendants/Counterclaimants-Appellants Jose Baylon Ona and
Marlene Espinosa Ona's July 14, 2026 "Motion to Reinstate
Appeal, Vacate Order of Dismissal, Reinstate Appellate

Deadlines, and for Such Other Relief as This Court Deems Just and Proper," which is construed as a motion for reconsideration of the June 30, 2026 Order Dismissing Appeal (**Motion**),[1] the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is reinstated.  See HRAP Rules 26(e), 40.

IT IS FURTHER ORDERED that, within twenty-one (21) days from the date of this order, the circuit court clerk shall file the record on appeal.

IT IS FURTHER ORDERED that the appellate clerk shall serve a copy of this order on the circuit court clerk.

DATED:  Honolulu, Hawaiʻi, July 23, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge

---

[1]     The deadline to file a motion for reconsideration is suspended pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 2, and the Motion is accepted.